UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COHN, PATRICIA J. COHN,<br><br>            Plaintiff,<br><br>       v.<br><br>CONTRA COSTA HEALTH SERVICES DEPARTMENT; CITY OF ORINDA, DOES 1 through 50,<br><br>            Defendants. | No. C04-1843 BZ<br><br>**CLERK'S NOTICE REGARDING TENTATIVE RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT** |

Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on Defendants' Motion for Summary Judgment or in the Alternative Partial Summary Judgment. The **September 7, 2005,** hearing remains on calendar.

Dated: September 6, 2005

/s/ Rose Maher
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\COHN\CLERKSTENTATIVERULING.NOT.wpd

1