UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COHN, PATRICIA J. COHN,<br><br>       Plaintiffs,<br><br>  v.<br><br>CONTRA COSTA HEALTH SERVICES DEPARTMENT; CITY OF ORINDA, Does 1 through 50,<br><br>       Defendants. | No. C04-1843 BZ<br><br>**ORDER** |

Plaintiffs' counsel has improperly filed several letters asking for Court intervention. Plaintiffs' counsel has a copy of my previous scheduling orders, which cut off discovery on September 23, 2005 and refer to the Civil Local Rules and this Court's Standing Orders. If plaintiffs wish to move the trial date or re-open discovery, they must file a proper motion. See Civil Local Rules 7 and 40. Otherwise, the time for discovery disputes is past.

///

///

1

1    Continued bombardment of the Court with letters without
2 following proper procedure may not only unfairly deprive
3 opposing parties of the opportunity to be heard but also
4 subject plaintiffs' counsel to sanctions.
5 Dated:  October 28, 2005

                                    _____
7                                    Bernard Zimmerman
8                              United States Magistrate Judge

9 G:\BZALL\-BZCASES\COHN\MOTION.ORD.wpd