Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412
e-mail: shalabylaw@aol.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COHN, PATRICIA J. COHN, | Case No. C04-1843 BZ |
| Plaintiff, vs. | **PLAINTIFFS' EX PARTE REQUEST FOR EXTENSION TO FILE PRETRIAL STATEMENTS, TRIAL BRIEF, MOTIONS IN LIMINE AND RELATED MATTERS UNTIL AFTER DECEMBER 7, 2005 DETERMINATION OF MOTION TO AMEND AND REOPEN DISCOVERY** |
| CONTRA COSTA HEALTH SERVICES DEPARTMENT; CITY OF ORINDA, Does 1 through 50, Defendants. | Date Filed (e-file): November 28, 2005<br>Dept.: Courtroom G, 15th floor, SF<br>Judge: Hon. Bernard Zimmerman (Magist.) |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

Pursuant to Local Rule 7-11, Plaintiffs RUSSELL and PATRICIA COHN ("Plaintiffs") respectfully submit this ex parte application requesting that the compliance date of December 1, 2005 for filing the pretrial statements, proposed findings of fact, motions in limine, and all related documents pursuant to this Court's September 20, 2004 order be extended approximately two weeks to December 15, 2005, pending determination of Plaintiffs' pending motions for leave to amend, reopen discovery, and continue the trial date. The pretrial conference is presently set for December 20, 2005. If Plaintiffs' motions are

---

**PLAINTIFFS' EX PARTE APPLICATION REQUESTING CONFERENCE**

**Case No.** C04-1843 BZ

-1-

1  well-taken, a vastly different pretrial statement, proposed findings of fact, trial brief, exhibit
2  set, and set of pretrial documents shall be required.  If these documents must be submitted
3  by December 1, 2005, plaintiffs shall incur unnecessary costs in the event their motions are
4  granted on December 7, 2005, as plaintiffs' counsel will otherwise spend several hours on
5  11/29 and 11/30 to comply with the existing deadline, and then have to re-do the documents
6  and briefs to reflect the disposition of the December 7, 2005 matters.

8  This ex parte application is respectfully submitted without oral argument for the
9  Court's decision at the Court's earliest opportunity, and may appropriately be considered a
10  supplement to the ex parte application filed November 21, 2005.

13  Dated: November 28, 2005

14  Andrew W. Shalaby, Attorney for
15  Plaintiffs



Nov. 29, 2005
DENIED
Judge Bernard Zimmerman
United States District Court, Northern District of California

**PLAINTIFFS' EX PARTE APPLICATION REQUESTING CONFERENCE**  **Case No.** C04-1843 BZ

-2-