1  TIMOTHY J. RYAN, ESQ. (SB# 83775)
   BRUCE C. PALTENGHI, ESQ. (SB #83918)
2  GORDON, WATROUS, RYAN, LANGLEY,
   BRUNO & PALTENGHI
3  A Law Corporation
   611 Las Juntas Street
4  Post Office Box 630
   Martinez, California 94553
5  Telephone: (925) 228-1400
   Facsimile: (925) 228-3644
6
   SILVANO B. MARCHESI (SB# 42965)
7  County Counsel
   LILLIAN T. FUJII (SB# 83439)
8  Deputy County Counsel
   County of Contra Costa
9  Administrative Building
   651 Pine Street, 9th Floor
10 Martinez, CA 94553-1229
   Telephone: (925) 335-1814
11 Facsimile: (925) 646-1078

12 Attorneys for Defendant
   CONTRA COSTA HEALTH SERVICES DEPARTMENT
13

RECEIVED FEB 21 2006

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL COHN, PATRICIA J. COHN | Case No. C 04 1843 BZ |
| Plaintiff, | **STIPULATION IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL L. R. 7-11 AND ORDER** |
| -v- | |
| CONTRA COSTA HEALTH SERVICES DEPARTMENT; CITY OF ORINDA, Does 1 through 50, | |
| Defendants. | Magistrate Judge Bernard Zimmerman |

**IT IS HEREBY STIPULATED** by and between the respective parties through their counsel of record in support of motion for administrative relief under Civil L. R. 7-11 as follows:

The Findings of Fact and Conclusions of Law filed herein on February 7, 2006, is amended to correct a clerical error, as follows:

-1-

Page 5, Paragraph 16, lines 19 and 20, currently reads:

"On May 22, 2004, Mr. Barron sought a Writ of Mandate in Contra Costa Superior Court."

Page 5, Paragraph 16, lines 19 and 20, may be amended to read:

"On November 22, 1994, Mr. Barron sought a Writ of Mandate in Contra Costa Superior Court."

Dated: February 16, 2006

*Andrew W. Shalaby*
ANDREW W. SHALABY
Attorney for Plaintiffs Russell Cohn
and Patricia Cohn

Dated: February 16, 2006

/s/ An H. Nguyen
AN H. NGUYEN
Attorney for Defendant City of Orinda

Dated: February 16, 2006

TIMOTHY J. RYAN
Attorney for Defendant Contra Costa
Health Services Department

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~February~~ March 28, 2006

BERNARD ZIMMERMAN
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

-2-